OSCAR M. HAYMAN et al., Appellants, *v.* CANTON ART METAL COMPANY, Respondent.

*Hayman* v. *Canton Art Metal Co.,* 174 App. Div. 923, affirmed.

(Argued December 3, 1918; decided January 7, 1919.)

APPEAL from a judgment, entered July 12, 1916, upon an order of the Appellate Division of the Supreme Court

in the fourth judicial department, reversing a judgment in favor of plaintiffs entered upon a verdict directed by the court, and directing a dismissal of the complaint. The action is brought to recover damages for an alleged breach of contract of sale. The complaint alleged that on March 3, 1915, plaintiffs and defendant entered into a contract whereby defendant agreed to sell and deliver 31,346 pounds of zinc spelter and 6,760 pounds of zinc dross at eight and three-quarters cents per pound, delivery to be forthwith, a certified check for $1,000 to be mailed by plaintiffs forthwith and the balance to be paid thereafter; that plaintiffs performed the agreement on their part, but that defendant refused to perform. The answer, after a denial, as a further defense alleged that any pretended agreement of sale was not in writing and was void under the Statute of Frauds.

*Vernon Cole* for appellants.

*D. N. Mc Naughton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK and McLAUGHLIN, JJ. Dissenting: COLLIN, HOGAN and CRANE, JJ.